```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

HASSAN ALI,                          )
        Petitioner                   )
                                     )
              v.                     )  C.A. 09-mc-30027-MAP
                                     )
SOCIAL SECURITY ADMINISTRATION,      )
        Respondent                   )
```

ORDER RE: PETITIONER'S
MOTION TO RELEASE SOCIAL SECURITY RECORDS
(Dkt. No. 1)

June 4, 2010

PONSOR, D.J.

Petitioner, Hassan Ali, has requested the court to issue an order compelling the Social Security Administration ("SSA") to release the Social Security records of a juvenile on the grounds that they are relevant and necessary to his defense in a pending state criminal proceeding.

Counsel appeared before the court for argument on this motion on March 24, 2010. At that time, the court orally denied the motion.

A review of the docket reveals that the case is still pending. In order to ensure that the case is properly closed, the court hereby formally DENIES the Motion for Release of Social Security Records (Dkt. No. 1), for the reasons stated in detail orally following the hearing on March 24, 2010. In sum, no statutory or other basis

supports issuance of the requested order in these circumstances.

This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge