# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

HASSAN ALI,                                )
    Petitioner                         )
                          )
        v.                             )    CIVIL ACTION NO. 3:09-mc-30027 -MAP
                          )
SOCIAL SECURITY ADMINISTRATION, )
    Respondent                      )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Social Security Administration, against the petitioner Hassan Ali, pursuant to the court's order entered this date, denying the respondent's motion to release social security records.

                                  **SARAH A. THORNTON**,
                                  CLERK OF COURT

Dated:  June 4,  2010                 By  /s/ *Maurice G. Lindsay*
                                    Maurice G. Lindsay
                                    Deputy Clerk

(Civil Judgment re Pet v. Resp2 (rutine).wpd - 11/98)
             [jgm.]